# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Pratt & Whitney, a division of United | ) | ASBCA No. 59564 |
| Technologies Corporation | ) | |
| | ) | |
| Under Contract No. N00019-02-C-3003 | ) | |

APPEARANCE FOR THE APPELLANT:    Emily C.C. Poulin, Esq.
    Associate Counsel, Military Engines
    Pratt & Whitney

APPEARANCES FOR THE GOVERNMENT:    E. Michael Chiaparas, Esq.
    DCMA Chief Trial Attorney
    Alexander M. Healy, Esq.
    Trial Attorney
    Defense Contract Management Agency
    Boston, MA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within one year of the date of this Order.

Dated:  3 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59564, Appeal of Pratt & Whitney, a division of United Technologies Corporation, rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left: 50%;">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>